1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Respondents

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 BASKARAN RAMADOSS TRANQUEBAR,       )
                                        ) No. C 07-0534 MHP
13               Petitioner,            )
                                        )
14       v.                             )
                                        ) **STIPULATION TO DISMISS; AND**
15 ALBERTO GONZALES, United States      ) **[PROPOSED] ORDER**
   Attorney General;                    )
16 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security;     )
17 EMILIO GONZALEZ, Director of United States )
   Citizenship and Immigration Services (USCIS); )
18 DAVID N. STILL, Director of USCIS    )
   San Francisco District Office;       )
19 ROBERT S. MUELLER, Director of the   )
   Federal Bureau of Investigation (FBI), )
20                                      )
                 Respondents.           )
21 _____

22     Petitioner, by and through his attorney of record, and respondents, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

24 entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services (USCIS) has agreed to adjudicate the petitioner's application for

26 naturalization within 30 days of when the plaintiff has his fingerprints taken.

27     Each of the parties shall bear their own cost and fees.

28

STIPULATION TO DISMISS
C07-0534 MHP                         1

| | |
|---|---|
| Date: May 12, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| | |
| Date: May 12, 2007 | /s/<br>YEVGENIY CHECHENIN, ESQ.<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/14/2007

_____
MARILYN H. PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

STIPULATION TO DISMISS
C07-0534 MHP                             2